**William R. PETERSON,**
**Plaintiff-Appellant,**

v.

**STATE of Missouri,**
**Defendant-Respondent.**

**No. WD 32835.**

Missouri Court of Appeals,
Western District.

March 9, 1982.

John E. Turner, Kansas City, for plaintiff-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for defendant-respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of a motion for post-conviction relief under Rule 27.26 following an evidentiary hearing.

Affirmed.